IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JORGE SOTO,

    Petitioner,

v.                                    CASE NO. 5:12-cv-198-RS-CJK

IMMIGRATION AND CUSTOMS
ENFORCEMENT AGENCY OF THE
DEPARTMENT OF HOMELAND SECURITY,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 42).

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Respondent Motion to Dismiss (Doc. 10) is **GRANTED**.

3. Petitioner's § 2241 petition (Doc. 1) is **DISMISSED**.

4. The Clerk is directed to close the case.

**ORDERED** on December 20, 2012.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**